(July 11, 1967)

A. Dickson Moodie, Respondent, v. American Casualty Company of Reading, Appellant. (And Another Action.) — Memorandum by the Court.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by the court.